UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA DANIELSON,<br><br>        Plaintiff,<br>  v.<br><br>MEGAN J. BRENNAN,<br><br>        Defendant. | CASE NO. C16-0476-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to conduct mediation and the dispositive motions deadline (Dkt. No. 27). This motion is GRANTED. The deadline for conducting Rule 39.1 mediation is extended from August 4, 2017 to August 23, 2017. The dispositive motions deadline is extended from August 29, 2017 to September 22, 2017. All other dates remain unchanged.

DATED this 1st day of August 2017.

           William M. McCool
           Clerk of Court

           /s/Paula McNabb
           Deputy Clerk