UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA DANIELSON, | CASE NO. C16-0476-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MEGAN J. BRENNAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the trial date to no earlier than March 5, 2018 (Dkt. No. 39). This motion is GRANTED. The trial date is extended from November 27, 2017 to March 26, 2018. All other dates remain unchanged.

DATED this 26th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
